## Turner G. Freeny, Appellant, v. Effie Freeny, Appellee.
### Gen. No. 43,763.

opinion filed December 31, 1946; released for publication January 15, 1947. John D. Vosnos, for appellant; Prescott, Burroughs & Taylor, for appellee; Euclid Louis Taylor, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.